UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAYNE HEROD, No. 01538539,<br>Plaintiff,<br>v.<br>BOBBY LUMPKINS, et al.,<br>Defendant(s). | Case No. 25-cv-00877-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the Richard P. LeBlanc Unit in Beaumont, Texas, has filed a pro se complaint under 42 U.S.C. § 1983 alleging various wrongdoing in connection with his transfer from a facility in the City of Pasadena, Texas, to a facility in the City of South Houston, Texas. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable named defendants reside, in Harris County, Texas, which lies within the venue of the Southern District of Texas, Houston Division. See 28 U.S.C. § 124(b)(2). Venue therefore properly lies in the Southern District of Texas, Houston Division. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern District of Texas, Houston Division.

The clerk is instructed to transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: January 30, 2025

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge